**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kenneth Jeffery JORDAN,**
**Defendant–Appellant.**

No. 03–11326.
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 1, 2006.

Phillip C. Umphres, Susan B. Cowger, U.S. Attorney's Office, Northern District

---

of Texas, Dallas, TX, for Plaintiff–Appellee.

Charles Kenneth Bloeser, Bloeser Law Office, Oklahoma City, OK, for Defendant–Appellant.

Before BARKSDALE, DENNIS, and CLEMENT, Circuit Judges.

### ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

Kenneth Jordan appeals his sentence imposed prior to *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), under the assumption that the Sentencing Guidelines were mandatory. Jordan first raised the objection on appeal, and we review for plain error. *United States v. Mares,* 402 F.3d 511, 516 (5th Cir.2005). Because Jordan has not pointed to anything in the record indicating that the trial judge would have sentenced him differently under an advisory sentencing regime, he cannot show plain error under *Mares. Id.* at 522. We therefore AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.